**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
In re

**DONADIO & OLSON, INC.,**                                **Chapter 7**

                                                          **Case No. 18-13915 (SMB)**
                        **Debtor.**
---------------------------------------------------------------X

**ORDER PURSUANT TO FED. R. BANKR. P. 2004, DIRECTING JPMORGAN CHASE BANK, N.A. TO PRODUCE DOCUMENTS TO THE CHAPTER 7 TRUSTEE**

Upon the Application (the "**Application**"), of Deborah J. Piazza, as the Chapter 7 trustee (the "**Trustee**") of the debtor Donadio & Olson, Inc. (the "**Debtor**") in the above-captioned Chapter 7 case, seeking an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rule 2004**"), directing the production of documents by JPMorgan Chase Bank, N.A. ("**Chase Bank**"); it is hereby

**ORDERED**, that Chase Bank is hereby directed to produce and deliver to the offices of the Trustee's Counsel, Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, NY 10018, Attn: Jill Makower, Esq. (the "**TKD Offices**"), on or before June 8, 2020, the documents requested in **Schedule A** to the Application that are in its possession, custody and/or control; and it is further

**ORDERED**, that service by first class mail of a copy of this Order and of the Application, together with an appropriate subpoena, on or before the third (3) business day following entry of this Order, upon Chase Bank, shall be deemed good and sufficient service.

Dated: New York, New York
       **May 11, 2020**

                                        **/s/ STUART M. BERNSTEIN**
                                        **THE HONORABLE STUART M. BERNSTEIN**
                                        **UNITED STATES BANKRUPTCY JUDGE**