## THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:                                                    Chapter 7

DONADIO & OLSON, INC.,                                     Case No. 18-13915 (SMB)

                              Debtor.
-------------------------------------------------------x
DEBORAH J. PIAZZA, AS CHAPTER 7
TRUSTEE OF DONADIO & OLSON, INC.,

                              Plaintiff,                   Adv. Pro. No. 19-01084 (SMB)

              -against-

DARIN WEBB, THE BOOKKEEPING
COMPANY, INC. D/B/A SUM INNOVATION
A/K/A THE BOOKKEEPING COMPANY OF
NEW YORK CITY A/K/A THE BOOKKEEPING
CENTER, and ALFRED GAROFALO,

                              Defendants.
-------------------------------------------------------x

        The undersigned Mediator reports that the mediation started on March 3, 2020 and continued via teleconference from time to time and thereafter was completed May 31, 2020 in the following manner:

    (A)    The following individuals were present for the in person mediation session, and thereafter available for the telephonic sessions as well:

        a.  Parties – Deborah J. Piazza, Esq. for the Plaintiff and Alfred Garofalo the Defendant.

        b.  Counsel – Robert A. Wolf, Esq. representing the Plaintiff and James T. Hunt, Jr.,

            Esq. representing the Defendant.

    (B)    The Parties mediated in good faith.

    (C)    The matter has been resolved.

Dated:  New York, New York              MORITT HOCK & HAMROFF, LLP
        June 12, 2020

                                        */s/ Leslie A. Berkoff*
                                        Leslie A. Berkoff, Esq.
                                        1407 Broadway – 39th Floor
                                        New York, NY 10018
                                        Phone: (212) 239-2000 Fax: (212) 239-7277

2261291v1